UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

Removed from Jefferson Circuit Court
Civil Action No. 23-CI-002967

| | | |
|---|---|---|
| REBECCA VALOIS AND CHERI PHILIPS | ) ) | |
| PLAINTIFFS | ) ) | Case No.: 3:23-cv-665-CHB |
| v. | ) ) | |
| ANGELA TAYLOR | ) ) | |
| DEFENDANT | ) | |

## NOTICE OF REMOVAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes now the Defendant, Angela Taylor ("Taylor"), by counsel, and pursuant to 28 USC § 1332, 1441(a) and (b) and 1446 asserts the following grounds for removing the above-styled action from the Jefferson Circuit Court to the United States District Court, Western District of Kentucky, Louisville Division:

1.On or about May 15, 2023, Plaintiffs filed and initiated the present action against Taylor and Co-Defendants, United Farm Family Life Insurance Company, United Farm Family Mutual Insurance Company, Indiana Farm Bureau Insurance Company and Nationwide Mutual Insurance Company, for damages arising from an automobile accident that occurred on or about May 17, 2021. A copy of the Complaint, and all other process, pleadings and orders served upon or otherwise received by Taylor are attached collectively at Exhibit A.

2. By Order dated July 18, 2023, the Jefferson Circuit Court dismissed the claims against United Farm Family Life Insurance Company, United Farm Family Mutual Insurance Company, Indiana Farm Bureau Insurance Company. (Exhibit B).

3. On December 19, 2023, the Jefferson Circuit Court dismissed the claims against Nationwide Mutual Insurance Company ("Nationwide"). (Exhibit C).

4. At all times relevant hereto, Plaintiff Rebecca Valois is and was a resident of Indiana.

5. At all times relevant hereto, Plaintiff Cheri Philips is and was a resident of Indiana.

6. At all times relevant hereto, Taylor is and was a resident of Kentucky.

7. At the time Plaintiff commenced her action against Taylor and at all times relevant hereto, there has been complete diversity of citizenship between Plaintiffs and Taylor.

8. Plaintiff's Complaint seeks damages against Taylor arising from an automobile accident that took place in Kentucky on May 17, 2021.

9. Because Plaintiffs' Complaint does not quantify the amount of damages sought, on June 26, 2023, Taylor served each Plaintiff with a single interrogatory and request for production of document seeking the amount of unliquidated damages they were seeking from Taylor. (Exhibit D).

10. On October 26, 2023, Valois responded to Taylor's discovery and stated that she was seeking in excess of $927,141.82 from Taylor. (Exhibit E).

11. On October 26, 2023, Philips responded to Taylor's discovery and stated that she was seeking in excess of $868,368.04 from Taylor. (Exhibit F).

12. Pursuant to 28 USC § 1446(b)(3) and based on Plaintiffs' discovery responses, Taylor has removed this action within thirty (30) days of its receipt "of a copy of an amended

pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

13. Notice of this removal has been filed with the Clerk of the Jefferson Circuit Court and served on Plaintiffs' counsel.

Respectfully submitted,

**KOPKA PINKUS DOLIN, PC**
301 E. Main Street, Suite 400
Lexington, KY 40507
Phone: (859) 368-8999
Fax: (859) 368-8772

By: */s/ Bradly E. Moore*
    BRADLY E. MOORE (KBA# 87368)
    bemoore@kopkalaw.com
    DIANE ROSE CONLEY (KBA# 86047)
    drconley@kopkalaw.com
    *Counsel for Angela Taylor*

**CERTIFICATE OF SERVICE**:

  I hereby certify that on the 21st day of December, 2023, I electronically filed this document through the ECF system, and served a true and correct copy of this document via email to:

Jeri Barclay Poppe
Don K. Brown Law
13102 Eastpoint Park Blvd., Ste. 200
Louisville, KY  40223
jpoppe@donkbrownlaw.com
*Counsel for Plaintiffs,*
 *Rebecca Valois and Cheri Philips*

             */s/Bradly E. Moore*
             BRADLY E. MOORE
             DIANE ROSE CONLEY